# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | 1: 07 CV 00507 LJO  WMW HC |
| Petitioner, | ORDER REDESIGNATING CASE AS REGULAR CIVIL ACTION |
| v. | |
| F.B.I., Warden Hedgpeth, | |
| Respondents. | |

Petitioner is a prisoner proceeding with a petition for writ of mandate pursuant to 28 U.S.C. Section 1651 and 28 U.S.C. Section 554 (F.O.I.A.). In this action, Petitioner seeks an order compelling the authorities at Kern Valley State Prison and the F.B.I. to provide him with certain "legal certified documents to ascertain proper information regarding his present commitment and money."

Although this case was originally docketed as a habeas corpus petition, this was done in error, as this action does not challenge a conviction. Accordingly, the Clerk of the Court is HEREBY DIRECTED to redesignate this action as a regular civil case, removing the "HC" identifier from the caption. IT IS SO ORDERED.

**Dated:   May 22, 2007**               /s/  William M. Wunderlich

1                                         UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28