UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | 1: 07 CV 00507 LJO  WMW HC |
| Petitioner, | |
| | ORDER REQUIRING RESPONDENTS TO FILE RESPONSIVE PLEADING |
| v. | |
| | ORDER SETTING BRIEFING SCHEDULE |
| F.B.I., Warden Hedgpeth, | ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS |
| Respondents. / | |

Petitioner is a prisoner proceeding with a petition for relief pursuant to 28 U.S.C. Section 1651, the "All Writs Act." Petitioner seeks an order compelling the authorities at Kern Valley State Prison and the F.B.I. to provide him with certain "legal certified documents to ascertain proper information regarding his present commitment and money."

The Court has conducted a preliminary review of the Petition. Accordingly, pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Court HEREBY ORDERS:

1. Respondents SHALL SUBMIT a RESPONSIVE pleading by filing the following:

    A. AN ANSWER addressing the merits of the Petition and due within **NINETY (90)**

days of the *date of service* of this order.  Rule 4, Rules Governing Section 2254 Cases; <u>Cluchette v. Rushen</u>, 770 F.2d 1469, 1473-1474 (9th Cir. 1985) (court has discretion to fix time for filing an Answer.).

- Respondents SHALL INCLUDE with the Answer any and all transcripts or other documents necessary for the resolution of the issues presented in the Petition.
- Petitioner's TRAVERSE, if any, is due **THIRTY (30)** days from the date Respondents' Answers are filed with the Court.

Unless already submitted, Respondent and Petitioner SHALL COMPLETE and RETURN to the Court along with the Response, a Consent form indicating whether the party consents or declines to consent to the jurisdiction of a the United States Magistrate Judge pursuant to Title 28 U.S.C. § 636(c)(1).

- RESPONDENTS SHALL submit a Notice of Appearance as attorney of record within **SIXTY (60)** days of the date of service of this order for purposes of service of court orders.  <u>See</u>, Local Rule 83-182(a), 5-135(c).
- The Clerk of the Court is DIRECTED to SERVE a copy of this order along with a PDF-form copy of the PETITION and any exhibits/attachments, on the Attorney General or his representative.   The Clerk of the Court SHALL also  serve a copy of this Order along with a copy of Petitioner's Petition and all exhibits, on the Office of the United States Attorney for the Eastern District of California,

All motions shall be submitted on the record and briefs filed without oral argument unless otherwise ordered by the Court.  Local Rule 78-230(h).  All provisions of Local Rule 11-110 are applicable to this order.

IT IS SO ORDERED.

Dated:     **June 4, 2007**                          /s/  **William M. Wunderlich**
                                            UNITED STATES MAGISTRATE JUDGE