McGREGOR W. SCOTT
United States Attorney
JEFFREY J. LODGE (SBN 152205)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the Federal Bureau of Investigation

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES E. SMITH, Plaintiff, v. F.B.I., Warden Hedgpeth Defendants. | 1:07-cv-00507-LJO-WMW **EX PARTE REQUEST TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT; ORDER THEREON** |

The Federal Bureau of Investigation requests an extension of time to respond to the complaint filed March 23, 2007, (doc. 1) by Plaintiff James E. Smith ("Plaintiff"), a state prisoner at Kern Valley State Prison proceeding in propria persona, based on the following:

1. The Federal Bureau of Investigation is the investigative arm of the United States Department of Justice.

2. Plaintiff seeks an order compelling the authorities at Kern Valley State Prison and the "F.B.I." to provide him with certain "legal certified documents to ascertain proper information regarding his present commitment and money." Although the case was originally docketed as a habeas corpus

petition, the Court on May 22, 2007, determined that the case was not a habeas corpus petition because the action does not challenge a conviction.  (doc. 6).

3.  On August 30, 2007, the Court served the United States with an order requiring respondents to file, among other things, a response to the Petition.  (doc. 15).  The order requires that the respondent include with the response "any and all transcripts or other documents necessary for the resolution of the issues presented in the Petition."

4.  Government counsel is currently in the process of reviewing records and preparing a response.  The Federal Bureau of Investigation will likely request dismissal of this case upon conclusion of the review process.

5.  In light of the foregoing, and to enable the United States Attorney's Office to respond to the complaint, it is respectfully requested that the Court extend Defendant's time to respond by at least 30 days to December 28, 2007.

Respectfully submitted,

Dated: November 21, 2007.    McGREGOR W. SCOTT
                             United States Attorney


                       By:   /s/ Jeffrey J. Lodge
                             JEFFREY J. LODGE
                             Assistant U.S. Attorney
                             Attorneys for the Federal
                             Bureau of Investigation

///

///

///

///

**ORDER**

IT IS SO ORDERED that Defendant's time to respond to the Complaint, filed March 23, 2007, is extended to December 28, 2007.

IT IS SO ORDERED.

**Dated:   November 21, 2007**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE