IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>            Plaintiff,<br><br>     vs.<br><br>F.B.I., et al,<br><br>            Defendants.<br>                                                            / | CASE NO. CV F 07-0507 LJO WMW<br><br>**ORDER ON PLAINTIFF'S MOTIONS FOR JURY TRIAL AND DECLARATORY AND INJUNCTIVE RELIEF**<br>(Docs. 5 and 16.) |

Plaintiff James E. Smith ("Mr. Smith") is California prisoner incarcerated in Kern Valley State Prison. On March 23, 2007, Mr. Smith filed his petition to seek "legal certified documents to ascertain proper information regarding his present commitment and his money." The petition further seeks this Court's declaration that defendants violated Mr. Smith's Freedom of Information Act rights and unspecified injunctive relief and damages. Since filing his complaint, plaintiff has filed motions (Documents 5 and 16) for a jury trial and declaratory and injunctive relief.

Mr. Smith fails to demonstrate he is entitled to relief sought by his motions. Mr. Smith points to no grounds for a jury trial given his petition's scope. Mr. Smith's requested declaratory and injunctive relief exceeds the scope of his petition. Since Mr. Smith seeks improper relief, this Court DENIES his motions for jury trial and declaratory and injunctive relief.

IT IS SO ORDERED.

**Dated:    February 7, 2008**              /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1