IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | CASE NO. CV F 07-0507 LJO WMW |
| Plaintiff, | **ORDER TO DENY DISQUALIFICATION OF JUDGE** |
| vs. | (Doc. 33.) |
| F.B.I., et al., | |
| Defendants. / | |

On February 13, 2008, pro se plaintiff James E. Smith ("Mr. Smith"), a state prisoner, filed his request to recuse United States District Judge Lawrence J. O'Neill ("Judge O'Neill") on unsupported grounds that Judge O'Neill "is unaable [sic] to be impartial, based on his financial interest in the outcome of this action."

28 U.S.C. § 455 ("section 455") addresses judicial disqualification and provides in pertinent part:

> (a) Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.
>
> (b) He shall also disqualify himself in the following circumstances:
>
>  . . .
>
> (4) He knows that he . . . has a financial interest in the subject matter in controversy or in a party to the proceeding, or any interest that could be substantially affected by the outcome of the proceeding . . .

The standard to judge the appearance of partiality requiring recusal under section 455(a) is an

1

objective one and involves ascertaining "whether a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned." *United States v. Nelson*, 718 F.2d 315, 321 (9th Cir. 1983).

Mr. Smith's recusal request is frivolous. Mr. Smith filed this action to seek "legal certified documents to ascertain proper information regarding his present commitment and his money." Judge O'Neill has no possible financial interest in this action against remaining defendant Warden Hedgpeth. The objective evidence reveals nothing to question Judge O'Neill's impartiality. Mr. Smith offers nothing to support his disqualification request.

This Court DENIES Ms. Smith's frivolous request to disqualify Judge O'Neill.

IT IS SO ORDERED.

**Dated:   February 15, 2008**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE