IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>F.B.I., et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 07-0507 LJO WMW<br><br>**ORDER TO STRIKE REPETITIVE DISQUALIFICATION MOTIONS**<br>(Docs. 40, 41.) |

　　　This Court STRIKES plaintiff's motions to recuse (docs. 40, 41), filed on February 21, 2008, in that the motions are duplicative of plaintiff's February 13, 2008 motion, which this Court denied, and are intended to vex this Court.

　　　IT IS SO ORDERED.

**Dated:   February 22, 2008**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1