# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>          Plaintiff,<br><br>     vs.<br><br>F.B.I., et al,<br><br>          Defendants.<br>                                                      / | CASE NO. CV F 07-0507 LJO WMW<br><br>**ORDER ON PLAINTIFF'S MOTIONS FOR INJUNCTIVE AND DECLARATORY RELIEF AND FOR JUDGMENT ON PLEADINGS**<br>(Docs. 34, 35.) |

Plaintiff James E. Smith ("Mr. Smith") is California prisoner incarcerated in Kern Valley State Prison. On March 23, 2007, Mr. Smith filed his petition to seek "legal certified documents to ascertain proper information regarding his present commitment and his money." The petition further seeks this Court's declaration that defendants violated Mr. Smith's Freedom of Information Act rights and unspecified injunctive relief and damages. Since filing his petition, plaintiff has filed motions (Documents 34 and 35) for injunctive and declaratory relief and for judgment on the pleadings.

Mr. Smith fails to demonstrate he is entitled to relief sought by his motions. The requested relief is indecipherable, is beyond the scope of his operative petition and/or is something which this Court is not empowered to provide. Since Mr. Smith seeks improper relief, this Court DENIES his motions for injunctive and declaratory relief and for judgment on the pleadings. Moreover, this Court directs the clerk to term Document 29 which is addressed in the February 20, 2008 findings and recommendations (Document 39).

IT IS SO ORDERED.

**Dated:   March 20, 2008**                              **/s/ Lawrence J. O'Neill**

1

1 UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28