# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | 1: 07 CV 00507 LJO  WMW HC |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME |
| | [Doc. 43] |
| v. | |
| F.B.I., Warden Hedgpeth, | |
| Respondents. | |

Petitioner is a prisoner proceeding with a petition for writ of mandate pursuant to 28 U.S.C. Section 1651 and 28 U.S.C. Section 554 (F.O.I.A.). On March 18, Petitioner filed a request for an extension of time to file objections to the findings and recommendations entered by the Magistrate Judge on February 20, 2008. Good cause appearing, Petitioner's motion is HEREBY GRANTED. Petitioner is GRANTED until April 25, 2008, to file his objections.

IT IS SO ORDERED.

**Dated:    March 20, 2008**            /s/  **William M. Wunderlich**
                                                 UNITED STATES MAGISTRATE JUDGE