# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | 1: 07 CV 00507 LJO  WMW HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE PETITION |
| v. | [Doc. 39 ] |
| F.B.I., Warden Hedgpeth, | |
| Respondents. | |

Petitioner is a prisoner proceeding with a petition for writ of mandate  pursuant to 28 U.S.C. Section 1651 and 28 U.S.C. Section 554 (F.O.I.A.). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 20, 2008, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. Petitioner filed objections on March 21, 2008.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has conducted a de

novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on February 20,  2008, are a adopted in full;
2. The Petition for Writ of Mandate  is denied;
3. Petitioner's motion for library access is DENERED;
4. The Clerk of the Court is directed to terminate all pending motions, enter  judgment for Respondent and close this case.

IT IS SO ORDERED.

**Dated:   March 27, 2008**           /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE